171 A.3d 1266

FAIRFAX FINANCIAL HOLDINGS LIMITED AND CRUM & FORSTER HOLDINGS CORP., PLAINTIFFS–CROSS–RESPONDENTS, v. S.A.C. CAPITAL MANAGEMENT, L.L.C., ET AL., DEFENDANTS, AND EXIS CAPITAL MANAGEMENT, INC., ET AL., DEFENDANTS, AND MORGAN KEEGAN & COMPANY, INC., DEFENDANT–CROSS–PETITIONER, AND SPYRO CONTOGOURIS, ET AL., DEFENDANTS.

C–205 Sept.Term 2017
079412

October 20, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–000963–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied, with costs.